NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|                                  |   |                      |
|----------------------------------|---|----------------------|
| IN RE INTERPOOL, INC.            |   | Civ. No. 04-321 (SRC) |
| SECURITIES LITIGATION            |   |                      |
|                                  |   | **ORDER**            |

**CHESLER**, District Judge

This matter having come before the Court on Defendants' Interpool, Inc., Raoul J. Witteveen, Mitchell I. Gordon, William Geoghan, and Martin Tuchman (collectively, the "Defendants") motions to dismiss Plaintiffs' consolidated amended class action complaint [docket numbers 25, 21, 26, 28, and 31, respectively];

IT IS on this 16th day of August, 2005, hereby

**ORDERED** that Defendants' motions to dismiss are GRANTED WITH PREJUDICE for the reasons set forth in the Court's Opinion of this date; and

**IT IS FURTHER ORDERED** that this case is closed and all pending motions are dismissed as moot.

s/
Stanley R. Chesler, U.S.D.J.